IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EVELYN NELSON, individually, as natural parent and next friend of J.N. I and J.N. II, minors, and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**CONNEXIN SOFTWARE INC. d/b/a OFFICE PRACTICUM,**<br><br>*Defendant.* | Case No. 2:22-cv-04676-JDW |

### ORDER

**AND NOW**, this 30th day of March, 2023, for the reasons stated in the accompanying Memorandum, it is **ORDERED** as follows:

1. Plaintiffs Evelyn Nelson, Kazandra Barletti, Andrew Recchilongo, Sandra Rodriguez, and Ikram Chowdhury's Motion To Appoint Interim Co-Lead Counsel And Plaintiffs' Steering Committee (ECF No. 28) is **GRANTED**;

2. Ms. Jowers's Motion To Appoint Interim Class Counsel (ECF No. 44) is **GRANTED**;

3. Pursuant to those Motions and to Federal Rule of Civil Procedure 23(g)(3), Benjamin F. Johns of Shub Law Firm LLC and Bart D. Cohen of Bailey & Glasser LLP are appointed Interim Co-Lead Counsel, and a Plaintiffs Steering Committee shall consist of:

      a.      Andrew Ferich of Ahdoot & Wolfson, PC;

      b.      Mark B. DeSanto of Sauder Schelkopf LLC;

      c.      Danielle Perry of Mason LLP;

      d.      Marc Edelson of Edelson Lechtzin LLP; and

      e.      Michael McShane of Audet & Partners, LLP;

4.      Plaintiff Cierra Council's Motion For Appointment Of Interim Co-Lead Counsel And Liaison Counsel (ECF No. 25) is **DENIED**;

5.      Plaintiff Brooke Sayers' Motion To Appoint Counsel (ECF No. 27) and Amended Motion To Appoint Counsel (ECF No. 31) are **DENIED**; and

6.      Plaintiff Amiyah Green's Motion To Appoint Interim Lead/Co-Lead Counsel (ECF No. 37) is **DENIED**;

7.      The Parties shall submit a consolidated complaint on or before April 28, 2023; and

8.      Defendant shall file a responsive pleading on or before May 26, 2023.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.