IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAZANDRA BARLETTI, individually, as natural parent and next friend of A.B. and C.B., minors, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CONNEXIN SOFTWARE, INC. d/b/a OFFICE PRACTICUM, <br><br> Defendant. | Case No. 2:22-cv-04676-JDW |

## DEFENDANT'S MOTION TO DISMISS (IN PART) PLAINTIFFS' AND THE PUTATIVE CLASS'S CONSOLIDATED COMPLAINT

Defendant Connexin Software, Inc. d/b/a Office Practicum ("Connexin" or "Defendant"), by and through undersigned counsel, hereby moves to dismiss the Second Cause of Action (negligence *per se*), Third Cause of Action (breach of fiduciary duty), Sixth Cause of Action (breach of implied contract), Seventh Cause of Action (breach of express contract), Eighth Cause of Action (breach of contract as third-party beneficiaries), and Ninth Cause of Action (unjust enrichment) on behalf of Plaintiffs and the Putative Class in the Consolidated Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), for failure to state a claim upon which relief can be granted.

In accordance with Local Rule 7.1, accompanying this Motion is Defendant's Brief in Support of its Motion to Dismiss in Part, which Defendant incorporates by reference as if set forth in full, and a proposed Order.

[signatures on next page]

                                                                         Respectfully submitted,

                                                                         **POST & SCHELL, P.C.**

Dated:  June 16, 2023

                                                                         THERESA A. MONGIOVI, ESQUIRE
I.D. #80233
1869 Charter Lane
P.O. Box 10248
Lancaster, PA 17605
Phone: (717) 291-4532
Facsimile: (717) 291-1609

ABRAHAM REIN, ESQUIRE
I.D. #207090
LEANNE LANE COYLE, ESQUIRE
I.D. #322942
Four Penn Center
1600 John F. Kennedy Boulevard, 14th Floor
Philadelphia, PA 19103
Phone: (215) 587-1000
Facsimile: (215) 587-1444

*Attorneys for Defendant Connexin Software Inc. d/b/a Office Practicum*

\

## **CERTIFICATE OF SERVICE**

I, Theresa A. Mongiovi, hereby certify that I caused the foregoing **DEFENDANT'S MOTION TO DISMISS IN PART** to be served via electronic mail and electronic filing upon the following persons:

Bart D. Cohen
Bailey & Glasser LLP
1622 Locust Street
Philadelphia, PA  19103
bcohen@baileyglasser.com

Benjamin F. Johns
Samantha E. Holbrook
Shub & Johns LLC
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
West Conshohocken, PA  19428
bjohns@shublawyers.com
sholbrook@shublawyers.com

*Interim Co-Lead Counsel for Plaintiffs*

Dated: June 16, 2023

THERESA A. MONGIOVI

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAZANDRA BARLETTI, individually, as natural parent and next friend of A.B. and C.B., minors, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CONNEXIN SOFTWARE, INC. d/b/a OFFICE PRACTICUM,<br><br>Defendant. | Case No. 2:22-cv-04676-JDW |

### CERTIFICATE OF COMPLIANCE

I, Theresa A. Mongiovi, hereby certify pursuant to Your Honor's Policies and Procedures Section II.B.4 that on May 12, 2023, I sent a letter to Plaintiffs' Interim Co-Lead Counsel outlining the substantive bases for Defendant's anticipated Motion to Dismiss.  On May 16, 2023, counsel for the Parties had a verbal discussion via video conference but were unable to reach a resolution.  On May 26, 2023, the Parties submitted a letter to Your Honor that set forth each issue to be raised in this Motion and each party's substantive position with respect to that issue.  On June 1, 2023, the Parties participated in a telephone conference with Your Honor wherein the Parties discussed their respective positions.  Therefore, I hereby certify compliance with Your Honor's Policies and Procedures Section II.B.4 as set forth above.

Dated: June 16, 2023

_____
THERESA A. MONGIOVI