IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAZANDRA BARLETTI, individually, as natural parent and next friend of A.B. and C.B., minors; *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>**CONNEXIN SOFTWARE, INC. d/b/a OFFICE PRACTICUM,**<br><br>*Defendant*. | Case No. 2:22-cv-04676-JDW |

### ORDER

**AND NOW** this 27th day of October, 2023, following a telephonic status conference with the Parties it is **ORDERED** that the Parties shall (a) submit a joint letter on the status of settlement discussions within one week after their scheduled mediation; (b) submit a joint letter providing an update on the status of discovery in this case on or before December 12, 2023; and (c) attend a telephonic status conference on December 15, 2023, at 10:30 a.m. EST, to discuss the progress of the case. My Chambers will provide the Parties a dial-in number in advance of that call.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.