# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KAZANDRA BARLETTI, individually, as natural parent and next friend of A.B. and C.B., minors,** *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>**CONNEXIN SOFTWARE, INC. d/b/a OFFICE PRACTICUM,**<br><br>*Defendant*. | Case No. 2:22-cv-04676-JDW |

## ORDER

**AND NOW**, this 15th day of December, 2023, following a telephonic status conference with counsel for the Parties, it is **ORDERED** that on or before December 22, 2023, the Parties shall provide me with a joint status update on the remaining discussions concerning Defendant Connexin's provision of financial information to facilitate a settlement agreement in this matter.

**BY THE COURT**:

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J**