IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KAZANDRA BARLETTI, individually, as natural parent and next friend of A.B. and C.B., minors;** *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>**CONNEXIN SOFTWARE, INC. d/b/a OFFICE PRACTICUM,**<br><br>*Defendant.* | Case No.  2:22-cv-04676-JDW |

**ORDER**

**AND NOW**, this 9th day of April, 2024, it is **ORDERED** that counsel for the Parties shall appear for Hearing on the final approval of the settlement, pursuant to Fed. R. Civ. P. 23(e)(2), on July 24, 2024, at 10:00 a.m. in Courtroom 12B, at the James A. Byrne U.S. Courthouse, located at, 601 Market Street, Philadelphia, PA.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.