# IN THE UNITED STATES DISTRICT COURT
# FOT THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAZANDRA BARLETTI, individually, as natural parent and next friend of A.B. and C.B., minors; ANDREW RECCHILONGO; SHARONDA LIVINGSTON, individually, as natural parent and next friend of K.J., a minor; BRADLEY HAIN, individually, as natural parent and next friend of N.H. and T.H., minors; and HAILEY JOWERS, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br>   v.<br><br>CONNEXIN SOFTWARE, INC. d/b/a OFFICE PRACTICUM,<br><br>            Defendant. | Case No. 2:22-cv-04676-JDW<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

      Plaintiffs respectfully move the Court pursuant to Federal Rule of Civil Procedure 23(e) for an Order approving the proposed Settlement in this matter. Plaintiffs are concurrently submitting a memorandum of law that addresses the factors the Court may consider in this context, and a proposed Final Order and Judgment granting this Motion.

Dated: June 11, 2024                     Respectfully submitted,

        */s/ Benjamin F. Johns*
Jonathan Shub
Benjamin F. Johns
Samantha E. Holbrook
**SHUB & JOHNS LLC**
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
Conshohocken, PA 19428
(610) 477-8380
jshub@shublawyers.com
bjohns@shublawyers.com
sholbrook@shublawyers.com

        */s/ Bart D. Cohen*
Bart D. Cohen
**BAILEY & GLASSER LLP**
1622 Locust Street
Philadelphia, PA 19103
(215) 274-9420
bcohen@baileyglasser.com

*Plaintiffs' Interim Co-Lead Counsel*

Andrew Ferich
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, PA 19087
T: (310) 474-9111
F: (310) 474-8585
aferich@ahdootwolfson.com

Mark B. DeSanto
**BERGER MONTAGUE**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
mdesanto@bm.net

Danielle Perry
**MASON LLP**
5101 Wisconsin Avenue, NW, Suite 305
Washington, DC 20016
Tel: (202) 429-2290
dperry@masonllp.com

Marc Edelson
**EDELSON LECHTZIN LLP**
411 S. State Street, Suite N-300
Newtown, PA 18940
(215) 867-2399
medelson@edelson-law.com

Michael McShane
**AUDET & PARTNERS, LLP**
711 Van Ness Avenue, Ste 500
San Francisco, CA 94102
(415) 568-2555
mmcshane@audetlaw.com

*Plaintiffs' Steering Committee*

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Plaintiffs' Motion for Final Approval of Class Action Settlement and the Memorandum in support thereof upon counsel of record for all parties via the Court's CM/ECF system.

Dated: June 11, 2024                    */s/ Bart D. Cohen*
                                                               Bart D. Cohen