IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAZANDRA BARLETTI, individually, as natural parent and next friend of A.B. and C.B., minors; *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>CONNEXIN SOFTWARE, INC. d/b/a OFFICE PRACTICUM,<br><br>*Defendant*. | Case No. 2:22-cv-04676-JDW |

### ORDER

**AND NOW**, this 24th day of July, 2024, upon consideration of the Motion For Final Approval Of Class Action Settlement (ECF No. 90), following a hearing in open court and for the reasons given on the record, it is **ORDERED** that the Motion is **GRANTED**, including but not limited to the following:

1. The class that I preliminary certified in my Order dated March 13, 2024 (ECF No. 87) is **FINALLY CERTIFIED**;

2. Plaintiffs Kazandra Barletti, individually and as the parent of minors A.B. and C.B.; Andrew Recchilongo; Sharonda Livingston, individually and as the parent of minor K.J.; Bradley Hain, individually and as the parent of minors N.H. and T.H.; and Hailey Jowers, are **APPOINTED** class representatives;

3. Benjamin F. Johns, Esq., of Shub & Johns LLC and Bart D. Cohen of Bailey & Glasser, LLP, are **APPOINTED** as class counsel; and

4. The terms of the Settlement Agreement, including class members' release of Connexin Software, Inc., from liability and the plan of administration, is **FINALLY APPROVED**.

It is **FURTHER ORDERED** that, upon consideration of the Motion For Final Approval Of Class Action Settlement (ECF No. 89), for the reasons given in open court, the Motion is **GRANTED**, as follows:

1. Class Counsel is awarded one-third of the $4 million settlement fund as attorneys' fees;

2. Class Counsel is awarded $50,000 in litigation expenses to be paid from the settlement fund; and

3. Each of the five named class representatives is awarded $2,500 as a service award to be paid from the settlement fund in recognition of his or her efforts on behalf of the Settlement Class.

The Clerk of Court shall mark this case closed for statistical purposes.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.